# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Jillian Weimer, individually and on behalf of all others similarly situated, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Hunter Warfield, Inc., a Maryland corporation, )<br>    Defendant. ) | No. 1:20-cv-00204-TWP-MPB |

**Acknowledged**
TWP
June 23, 2020

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 22, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendant's Attorneys

/s/ Brittney B. Rykovich w-permission_____
Brittney B. Rykovich
Gordon Rees Scully Mansukhani, LLP
333 North Alabama Street
Suite 350
Indianapolis, Indiana 46204

The foregoing stipulation is hereby approved and Plaintiffs' claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2020

ENTERED:

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2020, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Brittney B. Rykovich                                      brykovich@grsm.com
Gordon Rees Scully Mansukhani, LLP
333 North Alabama Street
Suite 350
Indianapolis, Indiana 46204

John T. Steinkamp                                           john@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 South East Street
Suite D1
Indianapolis, Indiana 46227

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com